JOHN SCHEEL, an Infant, by HENRY SCHEEL, His Guardian ad Litem, Appellant, *v.* MUTUAL MILK AND CREAM COMPANY, Respondent.

*Scheel* v. *Mutual Milk & Cream Co.,* 114 App. Div. 920, affirmed.
(Argued March 5, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 6, 1906, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*M. S. Bevins, Frank V. Johnson* and *Jacob C. Brand* for appellant.

*R. B. Wood, George Gordon Battle* and *Frederick E. Fishel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.